IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE HAYES**                                                                         **PLAINTIFF**
**ADC #1496010**

**V.**               **NO. 4:21-cv-00532-LPR-ERE**

**STEPHEN WATSON, Sgt./Hoe Squad Rider;**
**KENDRICK LEWIS, Sgt./Hoe Squad Rider;**
**ERICA BOYKINS, Sgt./Building Shift; and**
**AUNDREA CULCAGEAR, Superintendent**                    **DEFENDANTS**

## ORDER

The Court has received a Partial Recommendation for dismissal from Magistrate Judge Edie R. Ervin, along with objections filed by Mr. Hayes. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Hayes' claims against Defendants Lewis, Boykins, and Culcagear are DISMISSED without prejudice. Defendants Lewis, Boykins, and Culcagear are terminated as parties to this lawsuit.

IT IS SO ORDERED this 27th day of July, 2021.

                                                      _____
                                                      LEE P. RUDOFKSY
                                                      UNITED STATES DISTRICT JUDGE