# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAWRENCE HAYES**  **PLAINTIFF**
**ADC #149601**

V.     NO. 4:21-cv-00532-LPR-ERE

**STEPHEN WATSON**     **DEFENDANT**

## ORDER

The Court has received a Recommendation (Doc. 21) from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant Stephen Watson's motion for summary judgment for failure to exhaust administrative remedies (Doc. 16) is GRANTED. Judgment shall be entered accordingly, and this case will be CLOSED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 21st day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE