IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE HAYES**  **PLAINTIFF**
ADC #149601

V.  NO. 4:21-cv-00532-LPR-ERE

**STEPHEN WATSON**  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are DISMISSED. This case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 21st day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE